J.—Reduce Count of Indictment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN J. BELCHER, Appellant. [735 NYS2d 299] —Judgment unanimously affirmed. Memorandum: Defendant was convicted of assault in the first degree (Penal Law § 120.10 [3]) and assault in the second degree (Penal Law § 120.05 [9]). The charges arose when defendant shook his two-month-old son, causing a serious brain injury. We reject defendant's contention that the verdict is repugnant. Defendant could intend to cause physical injury to his son and, at the same time, recklessly create "a grave risk that a different, more serious result—death—would ensue from his actions" (*People v Trappier*, 87 NY2d 55, 59; *see also, People v Moloi*, 135 AD2d 576, 577, *lv denied* 70 NY2d 1009). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Assault, 1st Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ CHERYL ANDREA et al., Respondents, v E.I. DU PONT DE NEMOURS & Co. et al., Defendants, and ARNONE, HEDIN, CASKER, KENNEDY AND DRAKE ARCHITECTS AND LANDSCAPE ARCHITECTS, P. C. (HABITERRA ASSOCIATES), et al., Appellants. (Action No. 1.) SHIRLEY DIETZ, Individually and as Parent and Natural Guardian of SCOTT FROST, et al., Respondents, v JAMESTOWN PUBLIC SCHOOLS et al., Appellants, et al., Defendants. (Action No. 2.) ELDEN J. FRANCISCO et al., Individually and as Parents and Natural Guardians of CHRISTY FRANCISCO, et al., Respondents, v JAMESTOWN PUBLIC SCHOOLS et al., Appellants, et al., Defendants. (Action No. 3.) KAREN SEEKINGS, Individually and as Parent and Natural Guardian of CHRISTINA TERRY, Respondent, v JAMESTOWN CITY SCHOOL DISTRICT et al., Defendants, and NICHTER CONSTRUCTION Co., INC., et al., Appellants. (Action No. 4.) (Appeal No. 1.) [735 NYS2d 843] —Appeals unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Reargument.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ CHERYL ANDREA et al., Respondents, v E.I. DU PONT DE NEMOURS & Co. et al., Defendants, and ARNONE, HEDIN, CASKER, KENNEDY AND DRAKE ARCHITECTS AND LANDSCAPE ARCHITECTS, P. C. (HABITERRA ASSOCIATES), et al., Appellants. (Action No. 1.) SHIRLEY DIETZ, Individually and as Parent and Natural Guardian of SCOTT FROST, et al., Respondents, v JAMES-